UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                                 Chapter 11
                              Case No.: 18-18906-JKO

4465 SW 34 Terrace "LLC",

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY OF CIVIC NPL TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 30th day of July, 2018.**

                                                        Respectfully submitted,

                                                        **GHIDOTTI | BERGER, LLP**
                                                        *Attorneys for Secured Creditor*
                                                        3050 Biscayne Blvd. - Suite 402
                                                        Miami, Florida 33137
                                                        Telephone: (305) 501.2808
                                                        Facsimile: (954) 780.5578

                                                    By:   /s/ Chase A. Berger
                                                          Chase A. Berger, Esq.
                                                         Florida Bar No. 083794
                                                         cberger@ghidottiberger.com

*Case No.:18-18906-JKO*

- 2 -

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**4465 S.W. 34 Terrace "L.L.C."**
4465 S.W. 34th Terrace
Ft Lauderdale, FL 33312

*Debtor's Counsel*
**Aron Szabo, Esq.**
1401 Sawgrass Corporate Parkway
Ft Lauderdale, FL 33323

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

```
Label Matrix for local noticing        4465 SW 34 Terrace L.L.C.              CCAP Auto Lease Ltd
113C-0                                 4465 SW 34 Terrace                     POB 961272
Case 18-18906-JKO                      Ft Lauderdale, FL 33312-5420           Fort Worth, TX 76161-0272
Southern District of Florida
Fort Lauderdale
Mon Jul 30 09:45:17 EDT 2018

City of Hollywood, Florida             Gregory Farrington                     Gregory Farrington
2600 Hollywood Blvd                    POB 5524                               c/o David R Roy, PA
POB 229045                             Fort Lauderdale, FL 33310-5524         4209 N Federal Hwy
Hollywood, FL 33022-9045                                                      Pompano Beach, FL 33064-6048


HMC Assets, LLC                        Lake Park at Forest Ridge HOA, Inc     Office of the US Trustee
c/o Ashland Medley Law, PLLC           c/o Cassandra Racine-Riguad, Esq       51 S.W. 1st Ave.
2856 N University Dr                   Stevens & Goldwyn, PA                  Suite 1204
Coral Springs, FL 33065-1427           2 S University Dr, Ste 329             Miami, FL 33130-1614
                                       Plantation, FL 33324-3339


Rapid Capital Finance, LLC             Stephanie R Dale                       Aron Szabo
11900 Biscayne Blvd, Ste 201           2176 SW Danforth Circle                1401 Sawgrass Corporate Parkway
Miami, FL 33181-2756                   Palm City, FL 34990-7705               Ft Lauderdale, FL 33323-2888



Gregory Farrington                     End of Label Matrix
c/o Stuart M. Gold, Esq.               Mailable recipients    12
5801 NW 151 Street, Ste. 307           Bypassed recipients     0
Miami Lakes, FL 33014-2476             Total                  12
```