UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

In Re:

4465 SW 34 Terrace "L.L.C."                                    Case No: 18-18906-BKC-JKO
                                                               Chapter 11

_____ Debtor   /

EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE LIST OF EQUITY SECURITY
HOLDERS, SCHEDULES A - H, SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN
STATISTICAL INFORMATION, STATEMENT OF FINANCIAL AFFAIRS, AND DECLARATION
CONCERNING DEBTOR'S SCHEDULES

        COMES NOW THE DEBTOR, 4465 SW 34 Terrace "L.L.C.", by and through the undersigned attorney and hereby moves this Court for an Ex Parte Order allowing an extension of time in which to file the herein titled documents under Local Rule 9013-1(C)(2) and Bankruptcy Rule 1007-1(C) and in support thereof states as follows:

        1.      That the debtor is before this Court by virtue of an emergency Chapter 13 Bankruptcy filed on July 23, 2018.

        2.      That the debtor filed only the necessary paperwork to stay a foreclosure sale on its asset.

        3.      That shortly after filing its bankruptcy petition, the debtor's principal experience the unexpected and devastating loss of his mother and the debtor needs additional time to complete the preparation and filing of the balance of its bankruptcy schedules and statements.

        4.      A §341 Meeting of Creditors has been set for August 28, 2018 in this bankruptcy action.

        5.      That the debtor requests an additional 15 days to obtain paperwork, and to prepare, sign, and file the balance of the documents necessary to complete its bankruptcy filing.

        WHEREFORE, the Debtor moves this Honorable Court for an extension of 15 days to file List of Equity Security Holders, Schedules A - H, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, and Declaration Concerning Debtor's Schedules.

        I HEREBY CERTIFY that a true and correct copy of the foregoing along with the proposed order was served electronically upon the U.S. Trustee and Benny J. Gonzalez (USTP) Bankruptcy Auditor and by US mail upon the parties listed on the attached service list who do not receive notice electronically, on the 7th day of August, 2018.

                                        Szabo Law Group, P.A.
                                        Attorney for the Debtor
                                        1401 Sawgrass Corporate Parkway
                                        Fort Lauderdale, FL 33323
                                        Telephone No.: (954) 210-6054
                                        Facsimile No.: (954) 301-2698
                                        Email Address: aron@szabolawgroup.com

                                        By:   /s/ Aron Szabo
                                              Aron Szabo, Esq.
                                              Florida Bar No. 0105602

CCAP Auto Lease Ltd
POB 961272
Fort Worth, TX 76161-0272

City of Hollywood, Florida
2600 Hollywood Blvd
POB 229045
Hollywood, FL 33022-9045

BSI Financial Services, as servicing agent
Ghidotti Berger, LLP
c/o Chase A. Berger, Esq.
3050 Biscayne Blvd. - Suite 402
Miami, FL 33137-4143

Gregory Farrington
c/o David R Roy, PA
4209 N Federal Hwy
Pompano Beach, FL 33064-6048

HMC Assets, LLC
c/o Ashland Medley Law, PLLC
2856 N University Dr
Coral Springs, FL 33065-1427

Gregory Farrington
POB 5524
Fort Lauderdale, FL 33310-5524

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Rapid Capital Finance, LLC
11900 Biscayne Blvd, Ste 201
Miami, FL 33181-2756

Lake Park at Forest Ridge HOA, Inc
c/o Cassandra Racine-Riguad, Esq
Stevens & Goldwyn, PA
2 S University Dr, Ste 329
Plantation, FL 33324-3339

Stephanie R Dale
2176 SW Danforth Circle
Palm City, FL 34990-7705

Gregory Farrington
c/o Stuart M. Gold, Esq.
5801 NW 151 Street, Ste. 307
Miami Lakes, FL 33014-2476

13

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

In Re:

4465 SW 34 Terrace "L.L.C."                          Case No: 18-18906-BKC-JKO
                                                     Chapter 11

_____ Debtor   /

EX-PARTE ORDER ON DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE
LIST OF EQUITY SECURITY HOLDERS, SCHEDULES A - H, SUMMARY OF ASSETS AND
LIABILITIES AND CERTAIN STATISTICAL INFORMATION, STATEMENT OF FINANCIAL
AFFAIRS, AND DECLARATION CONCERNING DEBTOR'S SCHEDULES

On August 7, 2018, the Debtor filed its *Ex-parte* Motion for Extension of Time to File List of Equity Security Holders, Schedules A - H, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, and Declaration Concerning Debtor's Schedules. Without holding a hearing, the Court considered the request of the Debtor and the Motion is granted.

Accordingly the Debtor is granted an additional 15 days to file the balance of the filing requirements and that all documents must be filed not later than August 21, 2018.

# # #

Submitted by:
Szabo Law Group, P.A.
1401 Sawgrass Corporate Parkway
Fort Lauderdale, FL 33323
Telephone No.: (954) 210-6054
aron@szabolawgroup.com

Copies to:
Aron Szabo, Esq.
US Trustee
All Interested Parties

Attorney Aron Szabo shall serve the parties listed and file a certificate of service.