**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division

In re:

4465 SW 34 TERRACE "L.L.C."

                Case No. 18-18906-BKC-JKO
                Chapter 11

_____ Debtor   /

**RESPONSE IN OPPOSITION OF BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY OF CIVIC NPL TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT OF MORTGAGE FORECLOSURE, OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION**

The debtor and debtor in possession, 4465 SW 34 Terrace "L.L.C." (the "Debtor") submits the following response in opposition to the motion for relief from the automatic stay to enforce final judgment of mortgage foreclosure, or, in the alternative, for adequate protection (the "Moton") filed by BSI Financial Services, as servicing agent for HMC Assets, LLC, solely in its capacity of Civic NPL Trust ("BSI").

1.      Debtor admits the allegations contained in Paragraph 1 of the Motion.

2.      Debtor admits the allegations contained in Paragraph 2 of the Motion.

3.      Debtor admits the allegations contained in Paragraph 3 of the Motion.

4.      Debtor admits the allegations contained in Paragraph 4 of the Motion.

5.      Debtor admits the allegations contained in Paragraph 5 of the Motion.

6.      Debtor denies that the allegations contained in Paragraph 6 continue to exist. On August 7, 2018, this Court entered an order extending the time to file List of Equity Security Holders, Schedules A-H, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, and Declaration Concerning Debtor's Schedules until August 21, 2018 [DE 16]. That due to the death of the Debtor's principal's mother out of state, the Debtor will be requesting a second extension.

7.      Debtor neither admits or denies the allegations contained in Paragraph 7. The Debtor's intention as to the properties located at (i) 2220 N 57th Way, Hollywood, FL 33021, (ii) 5600 Farragut Street, Hollywood, FL 33021 (iii) 5606 Farragut Street, Hollywood, FL 33021 (iv) 5601 Harding Street, Hollywood, FL 33021, and (v) 4465 S.W. 34th Terrace, Fort Lauderdale, FL 33312 (the "Properties) securing the claim of BSI is to reorganize the debt and/or sell certain Properties to allow the effective reorganization of the debt on the same.

8.      Debtor acknowledges the execution of a promissory note and the recording of a mortgage to Civic Financial Services, LLC encumbering the Properties as set forth in Paragraph 8.

9.      Debtor neither admits or denies the allegations contained in Paragraph 9.

10.     Debtor admits the allegation in Paragraph 10 that a final judgment was entered in a foreclosure action against the Debtor.

11.     Debtor admits the allegations contained in Paragraph 11.

12.     Debtor neither admits nor denies the allegations contained in Paragraph 12.

13.     Debtor neither admits nor denies the allegations contained in Paragraph 13.

14.     Debtor neither admits nor denies the allegations contained in Paragraph 14.

15.     Debtor denies the allegation contained in Paragraph 15 that the Properties lack equity. It is well known that the County property appraiser valuations are generally below true market value and the Debtor believes the value of the collective group of Property owned by the debtor exceeds the debt on the same. Debtor is pursuing appraisals of the Property and will make these available upon receipt of the same.

16.     Debtor denies the allegations contained in Paragraph 16. To the contrary, the Properties are being maintained and improved by the current occupants and Debtor and the real estate market is on an upswing with Property increasing in value.

17.     Debtor denies the allegations contained in Paragraph 17.

18.     No allegations are contained in Paragraph 18.

19.     Paragraph 19 is unclear as to what "either of the two grounds" is referring to.

20.     Debtor denies the allegation contained in Paragraph 20 that the Property is not being adequately protected. The Property is being maintained and improved. Debtor denies the allegation in the same Paragraph that there is no equity in the Property and is seeking appraisals as evidence to the contrary. Debtor further denies that the Property is not necessary for an effective reorganization as the Property is essential to the restructuring of the Debtor.

21.     Debtor denies the allegations contained in Paragraph 21. As the equity in the Properties is the focal part of BSI's argument for Stay Relief there is no shift in the burden of proof.

22.     Debtor denies the allegations contained in Paragraph 22.

23.     Debtor denies the allegations contained in Paragraph 23 as previously addressed herein above. Debtor further is willing to commence making monthly payments in an agreeable amount to BSI.

24.     Debtor opposes the request set forth in Paragraph 24.

25.     Debtor opposes the proposed order set forth in Paragraph 25.

    WHEREFORE, Debtor has begun negotiations with BSI and respectfully requests that this matter be set for hearing.

Szabo Law Group, P.A.
Attorney for the Debtor
1401 Sawgrass Corporate Parkway
Fort Lauderdale, FL 33323
Telephone No.: (954) 210-6054
Facsimile No.: (954) 301-2698
Email Address: aron@szabolawgroup.com

By:    /s/ Aron Szabo
    Aron Szabo, Esq.
    Florida Bar No. 0105602