**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                                                             Chapter 11
                                                                                                  Case No.: 18-18906-JKO

**4465 SW 34 Terrace "LLC",**
_____Debtor._____/

**CERTIFICATE OF CONTESTED MATTER**

**BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY OF CIVIC NPL TRUST** (the "Movant") filed its Motion for Relief From Stay to Enforce Final Judgment of Mortgage Foreclosure, or in the alternative, for Adequate Protection (the "Motion") on August 7, 2018, pursuant to Local Rule 4001-1. Movant represents:

1.  The Motion was timely served upon all interested parties pursuant to the referenced rule as evidenced by the Certificate of Service attached to the Motion previously filed.

2.  The Motion contained the bulletin required by the referenced rule.

3.  The deadline to file response to the Motion was August 21, 2018.

4.  The only objections or requests for hearing filed in response, which have been received, are the following: _Response to (17 Motion for Relief from Stay to Enforce Final Judgment of Mortgage Foreclosure, or, in the Alternative, for Adequate Protection_ [D.E. 24] filed by Debtor.

5.  As of August 22, 2018, a check of the electronic entries docketed in this case confirms that no other objections or requests for hearing on this matter have been filed.

**Dated this 7th day of August, 2018.**

                                                            Respectfully submitted,

                                                            **GHIDOTTI | BERGER, LLP**
                                                            _Attorneys for Secured Creditor_
                                                            3050 Biscayne Blvd. - Suite 402
                                                            Miami, Florida 33137
                                                            Telephone: (305) 501.2808
                                                            Facsimile: (954) 780.5578

                                                            By:    /s/ Chase A. Berger
                                                                    Chase A. Berger, Esq.
                                                                    Florida Bar No. 083794
                                                                    cberger@ghidottiberger.com