

**ORDERED in the Southern District of Florida on August 24, 2018.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Case No.: **18-18906-JKO**

**4465 SW 34 Terrace "L.L.C.",**

Chapter   **11**

Debtor.
_____/

**OMNIBUS ORDER SETTING ALL PENDING MOTIONS FOR HEARING ON AUGUST 28, 2018, AND DIRECTING DEBTOR TO TAKE CERTAIN ACTIONS**

**THIS CASE** is before the Court *sua sponte*. Upon consideration of the various motions filed in this case, the failure to file information required by 11 U.S.C. § 521(a) thus far, and the allegation of inadequate insurance [ECF 21, p.2], it is hereby **ORDERED** that:

1) All previously scheduled hearings in this case are **CANCELLED**.

2) The follows motions are set for hearing on August 28, 2018, at 3:00 p.m. at The United States Courthouse, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301:

   a. [ECF 17] Motion for Relief from Stay to Enforce Finale Judgment of Mortgage

      Foreclosure, or, in the Alternative, for Adequate Protection filed by Creditor BSI Financial Services, as servicing agent for HMC Assets, LLC solely in its capacity of Civil NPL Trust.

        i. [ECF 24] Debtor's Response to ECF 17.

  b. [ECF 21] Motion for Relief From Stay filed by Creditor Gregory Farrington.

  c. [ECF 32] Amended Ex Parte Motion to Extend Time to File Required Information Pursuant to 11 U.S.C. § 521(a).

3) Debtor is **ORDERED** to serve and bring to the hearing on August 28, 2018, an exhibit register and binder containing all policies of insurance on any and all of the properties in which the Debtor has an interest on the petition date and on all dates thereafter through the hearing date.

SO ORDERED.
# # #

<u>Copies to:</u>    All Parties in Interest